JOHN DORED v. LINTON WELLS.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

In the Matter of the Application of HELEN WEINSTEIN against THE BOARD OF EDUCATION OF THE CITY OF NEW YORK and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application for a Compulsory Accounting in the Estate of JOHN GELLATLY, Deceased. CHARLYNE GELLATLY, as Administratrix; UNITED STATES OF AMERICA.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Liquidation of NATIONAL SURETY COMPANY. Claim of MILLARD U. ROBERTS. Claim No. S. & M. 155. LOUIS H. PINK, Superintendent of Insurance of the State of New York, as Liquidator.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of HYMAN LIEBOWITZ for an Order Pursuant to Article 78 of the Civil Practice Act against PAUL J. KERN and Others, Constituting the Municipal Civil Service Commission of the City of New York.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of GRACE B. TRAENDLY for an Order under Article 78, Civil Practice Act, against RUSSELL FORBES, Commissioner of Department of Purchase, and CITY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

HENRY C. BURNSTINE v. A. JOSEPH GEIST.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

In the Matter of the Application of BRISK WATERPROOFING Co., INC., to Vacate a Subpoena Duces Tecum Issued by the DEPARTMENT OF LABOR, Dated April 14, 1939, in the Matter of State Insurance Fund Investigation, Pursuant to Articles 6 and 7 of the Workmen's Compensation Law. DEPARTMENT OF LABOR.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

FRANK HEWITT v. THE NEW YORK, NEW HAVEN AND HARTFORD RAILROAD COMPANY.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

STARKIE HOLDING CORPORATION v. THE BOARD OF EDUCATION OF THE CITY OF NEW YORK, Impleaded with CHILDREN'S BUS SERVICE, INC.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.